**Margaret I. ENDRES, for Joseph Endres (deceased), Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, United States Department of Labor; Consolidation Coal Company, Respondents.**

**No. 01–1573.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 25, 2001.

Decided Oct. 15, 2001.

C. Patrick Carrick, Morgantown, WV, for petitioner. William S. Mattingly, Jackson & Kelly, P.L.L.C., Morgantown, WV, for respondents.

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Margaret I. Endres, the widow of Joseph Endres, petitions for review of a decision of the Benefits Review Board (Board) affirming the administrative law judge's decision to deny her claim for black lung benefits. Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. *Doss v. Director, Office of Workers' Compensation Programs,* 53 F.3d 654, 658 (4th Cir.1995). Accordingly, we affirm on the reasoning of the Board. *See Endres v. Consolidation Coal Co.,* BRB No. 00–624–BLA (B.R.B. Apr. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*